MCGREGOR W. SCOTT
United States Attorney
ERIC J. CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL MIRANDA<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-CR-00071-CKD<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING<br><br>DATE: May 24, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on May 24, 2018 at 9:30 a.m.

2. Since the last status conference in this case, the parties have reached an agreement that will resolve this case. By this stipulation, the parties now jointly move to vacate the status conference. The parties also now jointly move for the Court to set a change of plea hearing for June 28, 2018 at 9:30 a.m.

3. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to consult with his counsel outweigh the best interests of the public and the defendant to a speedy trial.

IT IS SO STIPULATED.

Dated: May 23, 2018          McGREGOR W. SCOTT
                             United States Attorney

                             /s/ *Eric J. Chang*
                             ERIC J. CHANG
                             Special Assistant U.S. Attorney

Dated: May 23, 2018          /s/*Eric J. Chang* for
                             JENNIFER MOUZIS
                             Counsel for Defendant
                             DANIEL MIRANDA
                             [by agreement via email]

## FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is vacated as set forth above, and a change of plea hearing is set for June 28, 2018 at 9:30 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded until June 28, 2018.

Dated: May 23, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE: VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA

2